UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAKEENA B. NAQVI and ALI N. ZAIDI,

                          Plaintiffs,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

                          Defendants.

Case No. 7:22-cv-03168-CS

---

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs SAKEENA B. NAQVI and ALI N. ZAIDI ("Plaintiffs"), by and through their undersigned counsel, hereby gives notice that the above-entitled action with all claims and causes of action in this matter against Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Defendant"), is voluntarily dismissed in accordance with a settlement agreement between Plaintiffs and Defendant, without costs to any party.

Dated: 10/3/2022
New York, New York

                                                SHAROVA LAW FIRM

                                                By: _____

                                                Charles W. Marino, Esq.
                                                147 Prince Street, 4th Floor
                                                Brooklyn, NY 11201
                                                Tel: (718) 766-5153
                                                E-mail address: cmarino@sharovalaw.com
                                                *Attorneys for Plaintiffs*